# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

___

| | | |
|---|---|---|
| ANTHONY WOODS, S. MADELINE SHADD, CARMON Y. SMITH, TAMARIA SANDERS, SASSAH HENRY, AND MARCIA BAKER On behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) ) ) ) | |
| | ) | Civil Action No. 3:11-cv-0044 |
| Plaintiff, | ) ) | |
| | ) | JUDGE ALETA A. TRAUGER |
| v. | ) ) | |
| RHA/TENNESSEE GROUP HOMES, INC. d/b/a STONES RIVER CENTER | ) ) ) | |
| Defendant. | ) | |

___

## ORDER EXTENDING DEADLINE TO FILE
## RESPONSIVE PLEADING TO COMPLAINT
___

It appearing to this Court that Defendant RHA/Tennessee Group Homes, Inc. d/b/a Stones River Center ("Defendant") has requested an extension of time to file its responsive pleading to the Plaintiffs' Complaint, that an extension is not prejudicial to either party, and that Plaintiffs have no objection,

It is hereby **ORDERED** that the deadline for Defendant to file a responsive pleading to Plaintiffs' Complaint shall be extended to: February 28, 2011.

    **SO ORDERED.**

    **ENTER:**

_____
HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

SUBMITTED FOR ENTRY:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

s/ Emily H. Plotkin
Emily H. Plotkin, Esq. (TN Bar No. 22978)
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

*Attorneys for Defendant*
*RHA/Tennessee Group Homes, Inc.*
*d/b/a Stones River Center*


BARRETT JOHNSTON, LLC

s/ David W. Garrison
George Edward Barrett
David W. Garrison
Scott P. Tift
217 Second Avenue, N
Nashville, TN 37201
(615) 244-2202
(615) 252-3798 (facsimile)

2