IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY WOODS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:11-0044 |
| ) | Judge Trauger |
| RHA/TENNESSEE GROUP HOMES, INC., ) | |
| d/b/a Stones River Center, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

As a result of the hearing on the plaintiffs' request for a temporary restraining order held on April 14, 2011, the following are hereby **ORDERED**:

1. By April 22, 2011, the defendant shall provide to plaintiffs' counsel the names, last-known addresses and phone numbers of the following individuals:

   > Stones River Center's current and former hourly wage employees who work or worked at Stones River Center's facility in Murfreesboro, Tennessee at any time since January 13, 2008 for whom Stones River Center automatically deducted 30 minutes per shift when determining hours worked.

2. By April 22, 2011, the parties shall submit a proposed agreed form of notice to go to potential collective class members concerning this lawsuit and other matters discussed at the hearing. In the event that they cannot agree on all contents of this notice, the parties shall submit their separate requests.

3. The initial case management conference scheduled for April 15, 2011 is **CANCELLED**. Upon approval of a proposed initial case management order to be submitted by the parties, the court will set the trial date.

4. By May 2, 2011, the defendant shall respond to the plaintiffs' Motion For

(Conditional) Certification of a Collective Action (Docket No. 47), and, by May 9, 2011, the plaintiffs may file a reply.

5. Any waivers signed by opt-in plaintiffs or potential opt-in plaintiffs on United States Department of Labor Form WH-58 are herein declared **NULL** and **VOID**.

It is so **ORDERED**.

ENTER this 14th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge