### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY WOODS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:11-0044 |
| ) | Judge Trauger |
| RHA/TENNESSEE GROUP HOMES, INC., ) | |
| d/b/a Stones River Center, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY INJUNCTION

For the reasons expressed on the record at the hearing held on April 14, 2011, which are incorporated herein by reference as if set forth verbatim, a preliminary injunction hereby **ISSUES**, enjoining the defendant, RHA/Tennessee Group Homes, Inc., d/b/a Stones River Center, and its management employees or agents of management employees who are not within the putative collective class from:

1. communicating with the opt-in plaintiffs concerning this lawsuit or unpaid wages until further order of the court; and

2. communicating with potential opt-in plaintiffs concerning this lawsuit and payment of unpaid wages until the end of the opt-in period.

By agreement, no bond is necessary for the issuance of this preliminary injunction.

It is **SO ORDERED**.

ENTER this 15th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge