# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY WOODS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0044 |
| | ) | Judge Trauger |
| RHA/TENNESSEE GROUP HOMES, INC., | ) | |
| d/b/a Stones River Center, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the plaintiff shall respond to the defense Motion to Reconsider (Docket No. 74) by May 9, 2011.

It is **SO ORDERED**.

ENTER this 29th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge