Motion GRANTED.

*[signature: Aleta A. Trauger]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY WOODS, S. MADELINE SHADD, CARMON Y. SMITH, TAMARIA SANDERS, SASSAH HENRY, AND MARCIA BAKER On behalf of THEMSELVES and All Others Similarly Situated, <br><br> *Plaintiffs* <br><br> v. <br><br> RHA/TENNESSEE GROUP HOMES, INC. d/b/a STONES RIVER CENTER <br><br> *Defendant.* | CIVIL ACTION <br><br> CASE NO. 3:11-cv-0044 <br><br> JUDGE ALETA A. TRAUGER |

## PLAINTIFFS' MOTION TO ENTER CASE MANAGEMENT ORDER AND TO SET TRIAL DATE[1]

Plaintiffs move this Court to enter the parties' Proposed Initial Case Management Order [Doc. No. 39] and to set a trial date in this matter.

In accordance with Local Rule 16.01(d)(1)(b)(2), the parties submitted a Proposed Case Management Order which sets for proposed dates for the parties to conduct discovery and brief the Court. [Doc. No. 39.] Plaintiffs believe that the schedule set forth by the parties in this Proposed Case Management Order is appropriate given that the Court-supervised notice period has begun in accordance with 29 U.S.C. § 216(b). [Doc. Nos. 60 and 81.]

In their Proposed Case Management Order, the parties estimate that a trial[2] of this matter will last approximately five (5) days. [Doc. No. 30 at ¶ M.] The parties' Proposed Case Management Order provides that dispositive motions are to be fully briefed by December 18,

---

[1] Because this Motion does not require the resolution of an issue of law, Plaintiffs have not submitted a memorandum of law in support of this Motion.

[2] Defendant has demanded that Plaintiffs' claims be tried to a jury. [Doc. No. 19.]