IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY WOODS, S. MADELINE SHADD, CARMON Y. SMITH, TAMARIA SANDERS, SASSAH HENRY, and MARCIA BAKERS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RHA/TENNESSEE GROUP HOMES, INC. d/b/a STONES RIVER CENTER,<br><br>    Defendant. | Case No. 3:11-cv-00044<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiffs' Motion for Conditional Certification of a Collective Action (Docket No. 47) is **GRANTED**. The court hereby conditionally certifies a class consisting of Stones River Center's current and former hourly wage employees who work or worked at Stones River Center's facility in Murfreesboro, Tennessee at any time since January 13, 2008 and who were subject to Stones River Center's policy of automatically deducting 30 minutes per shift when determining hours worked.

The defendant's Motion to Reconsider (Docket No. 74) is **GRANTED IN PART** and **DENIED IN PART**. Any employee of Stones River Center may void his or her § 216(c) waiver by showing either: (1) that he or she believed that the defendant was requiring him or her to accept the settlement payment and to sign the waiver; or (2) that he or she was unaware that a collective action regarding the meal break deduction policy was already pending when he or she signed the waiver. The court's April 14, 2011 Order (Docket No. 60) is hereby **VACATED** to

the extent that it is inconsistent with this Order.

The plaintiffs' Motion to Permit Late-Filed Claims (Docket No. 118) is **GRANTED**.

It is so Ordered.

Entered this 22nd day of July 2011.

_____
ALETA A. TRAUGER
United States District Judge