UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY WOODS, S. MADELINE SHADD, CARMON Y. SMITH, TAMARIA SANDERS, SASSAH HENRY, AND MARCIA BAKER On behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) ) ) ) | CIVIL ACTION CASE NO. 3:11-cv-0044 |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| RHA/TENNESSEE GROUP HOMES, INC. d/b/a STONES RIVER CENTER | ) ) ) | |
| Defendant. | ) | |

## [~~PROPOSED~~] ORDER

For good cause shown, the parties' Joint Motion for Extension of Deadlines is GRANTED. It is hereby ordered that the date by which Defendant must respond to Plaintiffs' Motion for Leave to Amend their Complaint (Doc. No. 124) is extended to September 6, 2011. The date for when Plaintiffs must identify and disclose all expert witnesses and expert reports is extended to September 15, 2011. The date for when Defendant must identify and disclose its expert witnesses and reports is extended to October 14, 2011. The date for when the parties must complete expert depositions is extended to October 28, 2011. The extension of these deadlines shall not impact any other deadlines in this litigation, including the trial date.

All other matters are reserved.

8/12/2011
_____
DATED

_____
JUDGE ALETA A. TRAUGER